```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
LOUIS P. PSIHOYOS,

               Plaintiff,

      - against -                       09 Civ. 6591 (DAB)
                                                   ORDER
HACHETTE BOOK GROUP, INC.

               Defendant.
------------------------------------------X
DEBORAH A. BATTS, United States District Judge.

At a Rule 16 conference on November 20, 2009, the Court first became aware of a conflict of interest in this action as to Defendant, Hachette Book Group, Inc.

Accordingly, because of this conflict of interest, the Court must send this case to the Assignment Committee for reassignment and recuse itself.

       SO ORDERED.

DATED:   New York, New York
           November 20, 2009

                                               Deborah A. Batts
                                   United States District Judge